USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                           :
FOREST HILLS MEDICAL SERVICES, P.C.,      :
                                                           :
                                                           :
                                                           :
                            Plaintiff,            :
                                                           :                    1:26-cv-5101-GHW
                                                           :
              -against-                            :
                                                           :                    ORDER
                                                           :
UNITED HEALTHCARE INSURANCE          :
COMPANY,                                          :
                                                           :
                            Defendant.         :
                                                           :
----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        This action was removed from the Supreme Court of the State of New York, County of

New York, on June 17, 2026.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes

to demand a jury trial in this matter, the demand must be served and filed no later than July 1, 2026.

Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.

Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of

service.

        SO ORDERED.

Dated:  June 18, 2026

                                        _____
                                              GREGORY H. WOODS
                                            United States District Judge