USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOREST HILLS MEDICAL SERVICES, P.C., Plaintiff, -v- UNITEDHEALTHCARE INSURANCE COMPANY, Defendant. | 1:26-cv-5101-GHW ORDER |

GREGORY H. WOODS, United States District Judge:

On July 29, 2026, the Court, counsel for Defendant, and the court reporter convened at 3:00 p.m. for a pre-motion conference in this matter. Plaintiff's counsel did not appear. The Court waited fifteen minutes for Plaintiff's counsel to join before ending the conference.

The Court will hold a pre-motion conference in this matter on July 31, 2026 at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

Counsel for Plaintiff is again directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff and to retain proof of service.

SO ORDERED.

Dated: July 29, 2026
New York, New York

GREGORY H. WOODS
United States District Judge